IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEROY BOND,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-CV-922-jdp

---

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Leroy Bond denying his motion for post conviction relief under 28 U.S.C. § 2255.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 11/07/2018 |
| Peter Oppeneer, Clerk of Court | Date |